

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-15-00283-CV

MARY OLIVE CALKINS, BY AND THROUGH AGENT-IN-FACT, RICHARD STEPHEN CALKINS, Appellant

V.

SUSAN GARDNER AND CRAIN, CATON & JAMES, P.C., Appellees

Appeal from the 61st District Court of Harris County  (Trial Court Cause No. 2008-75812-B)

After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellant.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 23, 2015

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland and Brown.